BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GULBERTO GONZALEZ-BETANCOURT, <br><br> Defendants. | Case No. 1:14-mj-00056 SAB <br><br> **MOTION FOR ORDER DISMISSING CASE AND DIRECTING U.S. MARSHAL'S TO RELEASE GULBERTO GONZALEZ-BETANCOURT FROM CUSTODY; ORDER** |

  Defendant in this matter appeared before this Court on March 31, 2014 pursuant to the court's receipt of Rule 5 documents from the United States District Court, Central District of California, regarding defendant's being arrested in this district on an outstanding warrant previously issued in that district. Doc. 2.  The warrant was issued pursuant to the filing of a petition by the United States Probation Office (C.D. Cal.) that defendant violated one or more conditions of supervised release regarding the matter styled as <u>United States v. Gulberto Gonzalez-Betancourt</u>, Case No. 2:09-cr-00564 JFW (C.D. Cal).

  Pursuant to being advised of the charges and maximum penalties contained in the petition at the March 31, 2014 appearance before this court, a detention hearing was held and defendant was ordered detained pending his transport back to the Central District of California. (Docs. 2 and 3).

  On April 3, 2014, the district court in the Central District of California vacated the petition underlying defendant's arrest, recalled the arrest warrant and dismissed the case. (Doc. 29, Case

1

No.2:09-cr-00546 JFW (C.D. Cal.)).  Accordingly, the United States requests this court to therefore order the U.S. Marshal's to release defendant from custody forthwith.

Respectfully submitted,

Dated:  April 10, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ BRIAN W. ENOS
BRIAN W. ENOS
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  **April 10, 2014**

UNITED STATES MAGISTRATE JUDGE